UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

WILLIAM PIETRUSZEWSKI,

    Defendant.

- - - - - - - - - - - - - - - x

**WAIVER OF INDICTMENT**

19 Cr. \_\_\_ (WHP)

19 CRIM 286

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 841, 846, and 842 and Title 18, United States Code, Sections 371 and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

/s/ WILLIAM PIETRUSZEWSKI
Defendant

/s/
Witness

/s/ WILLIAM J. HUGHES, JR.
Counsel for Defendant

Date: New York, New York
      April 19, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/19