UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                           :

UNITED STATES OF AMERICA     :

    - v. -                    :    ORDER

                           :    19 Cr. 282 (WHP)

WILLIAM PIETRUSZEWSKI,      :

              Defendant.     :

- - - - - - - - - - - - - - - - - -x

WHEREAS, with the consent of the defendant, WILLIAM PIETRUSZEWSKI, his guilty plea allocution was taken before a United States Magistrate Judge on April 19, 2019; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
        5/2/19

                                        THE HONORABLE WILLIAM H. PAULEY III
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK