UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM PIETRUSZEWSKI,<br><br>Defendants. | Civil No.: 1:19-cr-00282-WHP<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for defendant William Pietruszewski in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below.

By: *s/ William J. Hughes*
William J. Hughes, Esq.
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, NJ  07962-1991
(973) 538-4006 phone
wjhughes@pbnlaw.com
*Attorney for Defendant William Pietruszewski*

Dated:  October 17, 2019

4309888