

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2020

**BY ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:      *United States v. William Pietruszewski,* **19 Cr. 282 (WHP)**

Dear Judge Pauley:

      The Government writes to respectfully request that the Court adjourn the sentencing in the above-captioned case, which currently is scheduled for July 17, 2020. As the Court is aware, the defendant pled guilty pursuant to a cooperation agreement. The Government expects that it will call the defendant as a witness in a trial presently set for September 14, 2020 before the Honorable George B. Daniels. In light of the pandemic, it remains a possibility that the trial will be adjourned to a later date. The Government accordingly requests that the Court adjourn the sentencing until a date in 2021. Counsel for the defendant has consented to the requested adjournment.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/
    Nicolas Roos
    Max Nicholas
    Alexandra Rothman
    Assistant United States Attorneys
    (212) 637-2421

Application granted. Sentencing control date adjourned to January 22, 2021 at 2:00 p.m. The Government is to provide a status report to the Court by October 15, 2020.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

July 10, 2020

cc: William Hughes, Esq. (by ECF)