

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2020

**BY ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  *United States v. William Pietruszewski,* **19 Cr. 282 (WHP)**

Dear Judge Pauley:

  Pursuant to the Court's order of July 10, 2020, (Dkt. No. 14), the Government respectfully writes to provide a status report to the Court. As the Court is aware, the defendant pled guilty pursuant to a cooperation agreement. The Government still expects that it will call the defendant as a witness in a trial before the Honorable George B. Daniels. In light of the pandemic, trial was adjourned from September 14, 2020 until summer 2021 at the earliest. The Government accordingly requests that the sentencing control date of January 22, 2021 be adjourned until a date in August or September 2021. Counsel for the defendant has consented to the requested adjournment.

              Respectfully submitted,

              AUDREY STRAUSS
              Acting United States Attorney

           By: /s/
              Nicolas Roos
              Alexandra Rothman
              Assistant United States Attorneys
              (212) 637-2580

Application granted. Sentencing control date adjourned to August 20, 2021 at 2:00 p.m. The Government is to provide a status report to the Court by July 30, 2021.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

October 15, 2020