**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,　　　　　　　　:

　　　　-against-　　　　　　　　　　　　　:　　ORDER

WILLIIAM PIETRUSZEWSKI,　　　　　　　　　:　　19 Crim. 282 (GBD)

　　　　　　　　　　　　　　Defendant.　　:

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

　　Defendant's sentencing is scheduled for September 28, 2022 at 10:00 am.

Dated: New York, New York
　　　　March 9, 2022

　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　_/s/ George B. Daniels_
　　　　　　　　　　　　　　　　　GEORGE B. DANIELS
　　　　　　　　　　　　　　　　　United States District Judge