**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA, :
:
-against- : ORDER
:
WILLIIAM PIETRUSZEWSKI, : 19 Crim. 282 (GBD)
:
Defendant. :

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The sentencing scheduled for September 28, 2022 is adjourned to February 1, 2023 at 10:00 a.m.

The Clerk of the Court is directed to close the open motion at ECF No. 22.

Dated: September 7, 2022
New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge