UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

WILLIIAM PIETRUSZEWSKI,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Crim. 282 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The sentencing scheduled for February 1, 2023 is adjourned to March 14, 2023 at 11:00 a.m.

Dated: January 18, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge