**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                      :
                                        :

    -against-                                  :            <u>ORDER</u>
                                          :

WILLIIAM PIETRUSZEWSKI,                        :            19 Crim. 282 (GBD)
                                          :

                         Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

      The sentencing scheduled for March 14, 2023 is adjourned to March 29, 2023 at 10:00 a.m.


Dated: February 27, 2023
       New York, New York

                                   SO ORDERED.

                                   _George B. Daniels_
                                   GEORGE B. DANIELS
                                   United States District Judge