**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM PIETRUSZEWSKI,<br><br>Defendants. | Civil No.: 1:19-cr-00282-WHP |

**ORDER FOR RELEASE OF PASSPORT**

This matter, having come before the Court on the application of defendant William Pietruszewski ("Defendant") for an Order directing the Office of Pre-Trial Services to release the Defendant's passport to the Defendant; and the Court having considered the application and being advised that the Government does not object; and for good cause shown,

On this **29** day of **JANUARY**, 2024, it is hereby

**ORDERED** that the Office of Pre-Tril Services shall release Defendant's passport into Defendant's custody.

BY THE COURT:

JAN 29 2024

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

7572995